1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  LAURENCE K. SULLIVAN
   Supervising Deputy Attorney General
5  MOONA NANDI
   Supervising Deputy Attorney General
6  State Bar No. 168263
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-7004
     Telephone: (415) 703-5962
8    Fax: (415) 703-1234
   Attorneys for Respondent

*E-FILED - 11/27/07*

9

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13   **DAVID LITMON, JR.,**                    C 03-3996 RMW (PR)

14                              Petitioner,

15          v.

16   **EDWARD FLORES, ET AL.,**

17                              Respondent.

18

19                          **ORDER**

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

12  **DAVID LITMON, JR.,**                                       C 03-3996 RMW (pr)

13                                            Petitioner,        **ORDER GRANTING FIRST**
                                                                 **ENLARGEMENT OF TIME**
14        **v.**                                                 **TO FILE RESPONSE TO**
                                                                 **PETITIONER'S**
15  **EDWARD FLORES, ET AL.,**                                   **SUPPLEMENTAL BRIEFING**

16                                            Respondent.

17

18          GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an

19  enlargement of time, to and including January 18, 2008, to file a response to petitioner's

20  supplemental briefing materials.

21          DATED:   11/27/07

22

23          _Ronald M. Whyte_
            _____
24          RONALD M. WHYTE
            United States District Judge

25

26

27

28

1

Dated:  November 20, 2007

2

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

3

4

DANE R. GILLETTE
Chief Assistant Attorney General

5

GERALD A. ENGLER
Senior Assistant Attorney General

6

LAURENCE K. SULLIVAN
Supervising Deputy Attorney General

7

8

9

MOONA NANDI
Supervising Deputy Attorney General

10

Attorneys for Respondent

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING ENLARGEMENT OF TIME - C 03-3996 RMW (PR)

2