EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
MOONA NANDI
Supervising Deputy Attorney General
State Bar No. 168263
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5962
 Fax: (415) 703-1234
Attorneys for Respondent

*E-FILED - 1/17/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **DAVID LITMON, JR.,** <br><br> Petitioner, <br><br> v. <br><br> **EDWARD FLORES, ET AL.,** <br><br> Respondent. | C 03-3996 RMW (PR) |

**ORDER**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **DAVID LITMON, JR.,**<br><br>Petitioner,<br><br>v.<br><br>**EDWARD FLORES, ET AL.,**<br><br>Respondent. | C 03-3996 RMW (pr)<br><br>**ORDER GRANTING SECOND ENLARGEMENT OF TIME TO FILE RESPONSE TO PETITIONER'S SUPPLEMENTAL BRIEFING** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including March 18, 2008, to file a response to petitioner's supplemental briefing materials.

DATED: 1/17/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING ENLARGEMENT OF TIME - *LITMON v. FLORES* - C 03-3996 RMW (PR)