**E-FILED - 7/11/08**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DAVID LITMON, JR., | ) | No. C 03-03996 RMW (PR) |
| Petitioner, | ) | **JUDGMENT** |
| vs. | ) | |
| EDWARD FLORES, Chief of Corrections, | ) | |
| Respondent. | ) | |

The court having denied the instant petition for writ of habeas corpus on the merits, judgment is hereby entered in favor of respondent. The clerk shall close the file.

**IT IS SO ORDERED.**

DATED: __7/7/08__

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

Judgment
G:\Pro-Se\SJ.RMW\HC.06\Litmon996.jud.md